# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Pablo Gabriel Campos**;<br>DOB: 1979; U.S. Citizen<br>**Juan Manuel Valdez**;<br>DOB: 1984; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09-06112M |

Complaint for violation of Title 21 United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about March 9, 2009, at or near Three Points, in the District of Arizona, **Pablo Gabriel Campos** and **Juan Manuel Valdez**, did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute 50 kilograms or more but less than 100 kilograms of marijuana, that is, approximately 84 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 9, 2009, U.S. Border Patrol agents conducting roving patrol near Three Points, Arizona, observed two vehicles, a blue Hyundai and a white Honda Accord traveling in tandem. The vehicles slowed as they passed the agents. Agents began driving behind the two cars and passed the Honda and pulled in behind the Hyundai. The Honda began to swerve into the oncoming lane as if trying to pass the Border Patrol agent or to draw attention away from the Hyundai. The agents noticed that the Hyundai was riding low and appeared heavily laden. Agents stopped both vehicles. As the agents approached the Hyundai the immediately detected a strong odor consistent with marijuana coming from the vehicle. The driver was identified as **Pablo Gabriel Campos**. A search of the vehicle revealed 84 kilograms of marijuana. The driver of the Honda was identified as **Juan Valdez**. **Valdez** denied knowing **Campos**, but cell phones in their possession revealed that they had called each other and **Campos** had **Valdez's** cell phone number programmed in his phone.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>Savel/kc<br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE / Special Agent,<br>Drug Enforcement Administration |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>March 10, 2009 |

1) See Federal rules of Criminal Procedure Rules 3 and 54